1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9

| | | |
|---|---|---|
| SCOTT MARSHALL PENNEBAKER, | ) | CV F- 01-5504 AWI DLB P |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER DIRECTING PARTIES TO |
| v. | ) | FILE STATUS REPORT REGARDING |
| | ) | READINESS FOR TRIAL |
| FRESNO COUNTY SHERIFF, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

14
15
16    Plaintiff is a former state prisoner proceeding pro per and in forma pauperis with a civil rights

17  action pursuant to 42 U.S.C. section 1983.  Review of the Court's docket reveals that this case is

18  ready to proceed to trial.  Accordingly, it is HEREBY ORDERED that within 20 days from the date

19  of service of this order, plaintiff SHALL FILE a status report and 7 days thereafter, defendants

20  SHALL FILE a status report addressing whether this action is ready for trial.

21    IT IS SO ORDERED.

22    **Dated:    March 1, 2006**            **/s/ Dennis L. Beck**
3c0hj8                        UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
28