IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT PENNEBAKER, ) | CV-F-01-5504 AWI DLB P |
| ) | |
| ) | ORDER TO SHOW CAUSE |
| ) | RE SANCTIONS |
| ) | INCLUDING DISMISSAL |
| ) | OF ACTION |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FRESNO COUNTY SHERIFF, et.al, ) | |
| ) | |
| Defendants. ) | |

On March 1, 2006, this Court issued an order requiring the parties to file status reports regarding their readiness for trial. The order required plaintiff to file his status report within 20 days of service of the order. The order was served on plaintiff at the last address provided to the court. The order was not returned by the United States Postal Service. Plaintiff has not filed a status report as ordered or otherwise contacted this court since December 3, 2002.

Therefore, plaintiff is ordered to show cause, if any he has, why sanctions should not be imposed, which may include dismissal of this action for failure to comply with the March 1, 2006 order and for failure to prosecute this action. Plaintiff shall respond in writing to this

1

order within 30 days.  Failure to respond to this order to show cause will result in a recommendation for dismissal of this action.

    IT IS SO ORDERED.

    Dated:   May 11, 2006                         /s/ Dennis L. Beck
3b142a                                                  UNITED STATES MAGISTRATE JUDGE