1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   SCOTT PENNEBAKER,                    1:01-cv-05504-AWI-DLB-P

12               Plaintiff,          **ORDER ADOPTING FINDINGS AND
                                     RECOMMENDATIONS** (Doc. 63)
13   vs.
                                     **ORDER DISMISSING ACTION**
14   FRESNO COUNTY SHERIFF,
     et al.,

15

16               Defendants.
     _____/

17

18        Plaintiff, Scott Pennebaker ("plaintiff"), a state prisoner

19   proceeding pro se and in forma pauperis, has filed this civil

20   rights action seeking relief under 42 U.S.C. § 1983.  The matter

21   was referred to a United States Magistrate Judge pursuant to 28

22   U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

23        On July 28, 2006, the Magistrate Judge filed Findings and

24   Recommendations herein which were served on plaintiff and which

25   contained notice to plaintiff that any objections to the Findings

26   and Recommendations were to be filed within eleven (11) days.  To

27   date, plaintiff has not filed objections to the Magistrate

28   Judge's Findings and Recommendations.

                                    1

1   In accordance with the provisions of 28 U.S.C.

2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3  <u>de novo</u> review of this case.  Having carefully reviewed the

4  entire file, the Court finds the Findings and Recommendations to

5  be supported by the record and by proper analysis.

6   Accordingly, IT IS HEREBY ORDERED that:

7   1.   The Findings and Recommendations, filed July 28, 2006,

8  are ADOPTED IN FULL; and,

9   2.   This action is DISMISSED based on plaintiff's failure

10  to obey the court's order of May 12, 2006.

11

12  IT IS SO ORDERED.

13  **Dated:   September 16, 2006**          **/s/ Anthony W. Ishii**
    0m8i78                          UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2